ORI NUMBER: OH0050300  INCIDENT NUMBER: 22-000000204      REPORT DATE: 06/06/2022 12:43:00



## Nelsonville Police Department

# EXHIBIT 1

### OHIO UNIFORM INCIDENT REPORT

| AGENCY NAME: Nelsonville Police Department | | | | | | | | *INCIDENT NUMBER: | 22-000000204 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *GEOCODE: (E)WatkinsSt./(S)SR33 Bypass | | | | | | | | | | | |
| TOD: 06/06/2022 12:43:00 | | | TOA: 06/06/2022 12:43:00 | | | TOC: 06/06/2022 15:07:00 | | ☐ INCIDENT (NON-CRIMINAL) ☒ OFFENSE | | | |
| *REPORT DATE/TIME | | | | *INCIDENT OCCURRED FROM | | | | *INCIDENT OCCURRED TO | | | |
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 06 | 06 | 2022 | 17:48:00 | 06 | 06 | 2022 | 12:43:00 | 06 | 06 | 2022 | 15:07:00 |
| *INCIDENT LOCATION (Street, Apt., City, State, Zip): | | | | 537 Patton St, Nelsonville, OH, 45764 | | | | | | | |

### Offense 1

| *OFFENSE 1. 7.03.12 | *OFFENSE DESCRIPTION Operating without a license | *A/C: C | *UCR OFFENSE: NA | *UCR OFFENSE DESCRIPTION Not NIBRS Reportable | |
|---|---|---|---|---|---|
| FM & DEGREE | *LARCENY | *HATE/BIAS | | | VALIDATE |
| Unspecified | | No Bias/Not Applicable | | | Yes |
| *LOCATION OF OFFENSE | | | *SUSPECTED OF USING | | |
| Street | | | Not Applicable | | |
| *TYPE OF WEAPON/FORCE USED | | | *TYPE OF CRIMINAL ACTIVITY | | |
| 99 - None | | | N - No Gang Involvement | | |
| *METHOD OF ENTRY | No Force | | *METHOD OF OPERATION: | | |

| *NO PREMISES ENTERED | *METHOD OF ENTRY - BURGLARY/B&E | | |
|---|---|---|---|
| 0 | LEVEL | LOCATION | DIRECTION |
| CARGO THEFT | ENTRY | | |
| | EXIT | | |

### Offense 2

| *OFFENSE 2. 9.07.03 | *OFFENSE DESCRIPTION Disorderly conduct | *A/C: C | *UCR OFFENSE: NA | *UCR OFFENSE DESCRIPTION Not NIBRS Reportable | |
|---|---|---|---|---|---|
| FM & DEGREE | *LARCENY | *HATE/BIAS | | | VALIDATE |
| Misdemeanor - 4 | | No Bias/Not Applicable | | | Yes |
| *LOCATION OF OFFENSE | | | *SUSPECTED OF USING | | |
| Street | | | Not Applicable | | |
| *TYPE OF WEAPON/FORCE USED | | | *TYPE OF CRIMINAL ACTIVITY | | |
| 99 - None | | | N - No Gang Involvement | | |
| *METHOD OF ENTRY | No Force | | *METHOD OF OPERATION: | | |

| *NO PREMISES ENTERED | *METHOD OF ENTRY - BURGLARY/B&E | | |
|---|---|---|---|
| 0 | LEVEL | LOCATION | DIRECTION |
| CARGO THEFT | ENTRY | | |
| | EXIT | | |

### Offense 3

| *OFFENSE 3. 9.09.05 | *OFFENSE DESCRIPTION Obstructing Justice | *A/C: C | *UCR OFFENSE: NA | *UCR OFFENSE DESCRIPTION Not NIBRS Reportable | |
|---|---|---|---|---|---|
| FM & DEGREE | *LARCENY | *HATE/BIAS | | | VALIDATE |
| Misdemeanor - 1 | | No Bias/Not Applicable | | | Yes |

Printed By: Adams, Benjamin

Recipient:

ORI NUMBER: OH0050300  INCIDENT NUMBER: 22-000000204   REPORT DATE: 06/06/2022 12:43:00

## OFFENSE

| *LOCATION OF OFFENSE | *SUSPECTED OF USING | | |
|---|---|---|---|
| Street | Not Applicable | | |
| *TYPE OF WEAPON/FORCE USED | *TYPE OF CRIMINAL ACTIVITY | | |
| 99 - None | N - No Gang Involvement | | |
| *METHOD OF ENTRY: No Force | *METHOD OF OPERATION: | | |
| *NO PREMISES ENTERED | *METHOD OF ENTRY - BURGLARY/B&E | | |
| 0 | LEVEL | LOCATION | DIRECTION |
| CARGO THEFT | ENTRY | | |
| | EXIT | | |

## SUSPECT/ARRESTEE

| *NO. 1 | AGE CLASS: Adult | | CATEGORY: Suspect/Arrestee | | CHARGES FILED? Yes |
|---|---|---|---|---|---|
| NAME (Last, First, Middle): | | HUNT, BOBBY, James | | | SSN: 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 |
| ALIAS: | | GANG AFFILIATION: | | | CELL PHONE: |
| ADDRESS (Street, Apt., City, State, Zip): | | 537 Patton St, Nelsonville, OH, 45764 | | | HOME PHONE: 740-270-9077 |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip): | | | | | PHONE: |
| PLACE OF BIRTH: | | DL#/STATE: / | | OCCUPATION/SCHOOL: | |
| *Age: 34 *D.O.B: 09/24/1987 | *SEX: Male | *RACE: Black or African American | *ETHNICITY: | *HEIGHT: | WEIGHT: 0 |
| SUSPECT OF USING: | | MARITAL STATUS: | *RESIDENT STATUS: Resident | *HAIR: | *EYES: |

SCARS, MARKS, TATOOS:

ADDITIONAL DESCRIPTION:

POTENTIAL INJURIES:

| ARREST INFORMATION | | | ARREST DISPOSITION: | | |
|---|---|---|---|---|---|
| ARREST DATE/TIME: 06/06/2022 13:11 | | ARRESTING OFFICER: 313 - Tracy, K.J. | | INC TRACKING NUMBER: 22-000000204 | |
| ARREST LOCATION (Street, Apt., City, State, Zip): | | 537 Patton St, Nelsonville, OH, 45764 | | | |
| *ARRESTEE ARMED WITH: None | | CASE #: | | DISPOSITION: | |
| FINGERPRINTED: No | FINGERPRINT CARD NO.: | IS PHOTOS TAKEN: No | NO. TAKEN: | PHOTO ID NO.: | FBI/BCI#: |
| *MULTIPLE ARRESTEE SEGMENTS INDICATOR: Multiple Arrestee Indicator | | MIRANDA WITNESSED BY: | | BAIL: 0 | TIME READ: |

| *NO. 2 | AGE CLASS: Adult | CATEGORY: Suspect/Arrestee | | CHARGES FILED? Yes |
|---|---|---|---|---|
| NAME (Last, First, Middle): | | Klinedinst, Ashley, Kay | | SSN: 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 |
| ALIAS: | | GANG AFFILIATION: | | CELL PHONE: |
| ADDRESS (Street, Apt., City, State, Zip): | | 537 PATTON ST, NELSONVILLE, OH, 45764-1332 | | HOME PHONE: 740-677-5128 |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip): | | | | PHONE: |

Printed By: Adams, Benjamin                                              Recipient:

| ORI NUMBER: OH0050300 | INCIDENT NUMBER: 22-000000204 | REPORT DATE: 06/06/2022 12:43:00 |
|---|---|---|

### SUSPECT/ARRESTEE

| PLACE OF BIRTH: | DL#/STATE: / | OCCUPATION/SCHOOL: |
|---|---|---|
| *Age: 32 *D.O.B: 06/12/1989 | *SEX: Female | *RACE: White | *ETHNICITY: | *HEIGHT: 5 ft 1 in | WEIGHT: 120 |
| SUSPECT OF USING: | MARITAL STATUS: | *RESIDENT STATUS: Resident | *HAIR: Blond or Strawberry | *EYES: Blue |

SCARS, MARKS, TATOOS:

ADDITIONAL DESCRIPTION:

POTENTIAL INJURIES:

**ARREST INFORMATION** | **ARREST DISPOSITION:**

| ARREST DATE/TIME: 06/06/2022 13:11 | ARRESTING OFFICER: 317 - Adams, Benjamin | INC TRACKING NUMBER: 22-000000204 |
|---|---|---|
| ARREST LOCATION (Street, Apt., City, State, Zip): | 537 Patton St, Nelsonville, OH, 45764 | |
| *ARRESTEE ARMED WITH: None | CASE #: | DISPOSITION: |
| FINGERPRINTED: No | FINGERPRINT CARD NO.: | IS PHOTOS TAKEN: No | NO. TAKEN: | PHOTO ID NO.: | FBI/BCI#: |
| *MULTIPLE ARRESTEE SEGMENTS INDICATOR: Multiple Arrestee Indicator | MIRANDA WITNESSED BY: | BAIL: 0 | TIME READ: |

### VICTIM

| *NO: 1 | TOTAL VICTIMS: 1 | VICTIM TYPE: Society / Public |
|---|---|---|

NAME (Last, First, Middle): City of Nelsonville

| ADDRESS (Street, Apt., City, State, Zip): | VALIDATION PURPOSES | CELL PHONE: | WORK PHONE: |
|---|---|---|---|
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip): | | | PHONE: |
| *AGE: D.O.B: | *SEX: | *RACE: | *ETHNICITY: |
| HGT: | WGT: | HAIR: | EYES: |
| OCCUPATION/SCHOOL: | | SSN: | *RESIDENT STATUS: |
| VICTIM INJURED? | IF INJURED, DESCRIBE INJURIES: | | |
| *AGG. ASSAULT/HOMICIDE CIRC: | *VICTIM/SUSPECT RELATIONSHIP: | | VICTIM/OFFENSE LINK: |

OFFICER CIRCUMSTANCE:

OFFICER ASSIGNMENT TYPE:

OFFICER ORI:

| My signature verifies that the information on this report is accurate and true | DATE: |
|---|---|

### NARRATIVE

| TITLE: | NARRATIVE TYPE: Initial Narrative |
|---|---|
| SUPPLEMENT: No | SUPPLEMENT #: |

ORI NUMBER: OH0050300   INCIDENT NUMBER: 22-00000204   REPORT DATE: 06/06/2022 12:43:00

### NARRATIVE

On June 6th, 2022 Officer Adams and Sgt Tracy were in the Nelsonville Mexican parking lot when they were radioed by Chief Fitch that a Male was riding a red Motorcycle on Watkins Street without a valid Motorcycle license and that Nelsonville PD has had Multiple complaints about this issue. Officer Adams and Sgt Tracy witnessed Bobby Hunt getting off his bike and fast walking inside his house located at 537 patton Street in Nelsonville. Officer Adams knocked several times on the front door while Sgt Tracy attempted the back door of the residence Chief Fitch arrived on scene and ran the Motorcycle's plates through dispatch and they did in fact come back to Booby Hunt who did not have a valid Motorcycle license after multiple knocks Mr. Hunt came to the front door and was asked to provide his driver license he was asked by Chief Fitch if he had his Motorcycle license and Mr. Hunt Stated "No I dont have my Temps yet" His girlfriend Ashley Klinedinst stated that "he has Just been driving it around to practice". Officer Adams ran Mr. Hunt's Driver License again through dispatch to confirm that Mr. Hunt did Not have a valid Motorcycle license and it came back once again not valid. A tow truck was requested to the scene to take possession of the motorcycle. Mr. Hunt was advised by Officer Adams that he would be receiving a traffic ticket for operating the motorcycle without a license while Officer Adams was in the cruiser writing the ticket Mr. Hunt and Ms. Klinedinst can be heard on body camera arguing with Chief Fitch and Sgt Tracy about the situation. Mr. Hunt became angry at the fact that his bike was getting towed and could be heard in the background making remarks about the Officers and situation. Mr. Hunt began to make statements about Chief Fitch's appearance calling him overweight and and stating that Officers would have to "Shoot him or taze him" after he was done with them" Mr. Hunt was warned multiple times by Chief Fitch to stop Mr. Hunt then walks off his front porch stating that he is "wearing a hoodie dont shoot" and that his "hands are very capable of handling us" at that point Mr. Hunt was placed under arrest for persistent disorderly conduct. Mr. Hunt attempted to pull away from Officer Adams as he was being cuffed and at that point Ms. Klinedinst comes off the porch to get in the way of Officer Adams and Chief Fitch while they were attempting to place Mr. Hunt under Arrest. Chief Fitch then places Mr. Hunt in the cruiser at that point Ms. Klinedinst opens the back of the cruiser door and is then placed under arrest for Obstructing justice and disorderly Ms. Klinedinst resisted arrest multiple times and began to start screaming for "Dale". Children Services was contacted due to there being a baby in the house unsupervised. Officer Adams and Sgt Tracy entered the house to check the well being of the child the child was crying and in distress. Officer Adams then transported Mr. Hunt to the Nelsonville Police department to be placed in the Holding cell while Sgt Tracy and chief Fitch stayed on scene for Children services. Officer. Preston with the Hocking College Police Department transported Ms. Klinedinst to SEORJ at their arrival Ms. Klinedinst stated that she was pregnant the jail advised that they would not be able to hold her if that was ture Officer Adams was radioed Chief Fitch to meet Officer Preston and transport Ms. Klinedinst to the Nelsonville urgent care where she could be given a pregnancy test. Officer Adams waited with Ms. Klinedinst in urgent care where she was found to be pregnant and positive for COVID 19. Officer Adams was then advised to release Ms. Klinedinst and transport her back to her residence and charge her and give her a court date. Ms. Klinedinst was dropped off at her residence and Officer Adams then masked back in service.

-END

| NARRATIVE DATE: 06/07/2022 06:40 | OFFICER: Adams, Benjamin |
|---|---|

| CLEARANCE HISTROY | | | |
|---|---|---|---|
| CLEARANCE TYPE | CLEARANCE DATE | CLEARED BY |
| Cleared by Arrest - Adult | 06/06/2022 | Adams, Benjamin |
| Cleared by Arrest - Adult | 06/06/2022 | Adams, Benjamin |
| Active | 06/06/2022 | Adams, Benjamin |

| OFFICER | | |
|---|---|---|
| OFFICER | ROLE | CREATED ON |
| 317 - Adams, Benjamin | Reporting | 06/06/2022 |
| 313 - Tracy, K.J. | Arresting | 06/07/2022 |
| 301 - Fitch, Donald | Assisting | 06/07/2022 |

Printed By: Adams, Benjamin                     Recipient: