# EXHIBIT 2

2022CRB 0678

| | |
|---|---|
| **THE STATE OF OHIO**<br>City of Nelsonville<br>Vs | **MAYORS COURT**<br>Nelsonville, Athens County, Ohio |

No. 22-0C0000204

Name: Bobby Hunt

Address: 537 Patton St

Nelsonville OH 45764

DOB: 9/24/1987    SSN: xxx-xx-3961

**COMPLAINT BY INDIVIDUAL**
(Rule 4)

*********************************

### FORM I

Complainant being duly sworn states that _____Bobby Hunt_____

at ___537 Patton St___ NELSONVILLE, Athens County, Ohio

on or about ___June 6, 2022___ unlawfully:

No person shall recklessly cause inconvenience, annoyance, or alarm to another, by making unreasonable noise or offensive coarse utterance, gesture, or display, or communicating unwarranted and grossly abusive language to any person.

**To Witt:**
Mr. Hunt continued to use grossly abusive language towards officers after being warned multiple times to stop.

Charge: (Persistant)Disorderly Conduct; A Misdemeanor of the Fourth Degree
In Violation of Section ___9.07.03 A (2)___ of Nelsonville City Code.

Sgt. K.J. Tracy/ _____
                    Complainant

Sworn and subscribed before me by    Ofc. Ben Adams/

On ___June 6, 2022___

Ofc. Ben Adams/ _____
*Peace Officer Authorized to administer oaths pursuant to ORC §2935.081*

You are hereby summoned to appear at
Nelsonville Mayor's Court, City Hall
211 Lake Hope Drive, PO Box 366
Nelsonville, Ohio 45764 on
___Tuesday, June 14, 2022___ at 6:00 p.m.
to answer to a complaint, a copy of which
is attached. Failure to appear may result
in issuance of a warrant for your arrest.