| | |
|---|---|
| THE STATE OF OHIO<br>City of Nelsonville<br>Vs | MAYORS COURT<br>Nelsonville, Athens County, Ohio<br>2022 CRB00717 - 2<br>No. 22-000000204 |

Name: Ashley Klinedinst

Address: 537 Patton St

Nelsonville, Oh 45764

DOB: 6/12/1989   SSN: xxx-xx-8223

COMPLAINT BY INDIVIDUAL (Rule 4)

FILED
ATHENS COUNTY MUN. COURT
JUN 29 2022
CLERKS OFFICE
ATHENS COUNTY, OHIO

*****************************************************

FORM I

Complainant being duly sworn states that Ashley Klinedinst

at 537 Patton St NELSONVILLE, Athens County, Ohio

on or about June 6th, 2022 unlawfully:

No person, recklessly or by force, shall resist or interfere with a lawful arrest of himself or another.

To Wit: Ashley Klinedinst did recklessly resist arrest after she opened a patrol car and was told multiple times to stop resisting.

Charge: Resisting Arrest; A Misdemeanor of the Second Degree
In Violation of Section  9.09.06 A  of Nelsonville City Code.

Ofc. Ben Adams Ofc. B. [signature]
Complainant

Sworn and subscribed before me by Ofc. Ben Adams

On June 10th, 2022

Sgt. KJ Tracy [signature]
Peace Officer Authorized to administer oaths pursuant to ORC §2935.081

You are hereby summoned to appear at Nelsonville Mayor's Court, City Hall 211 Lake Hope Drive, PO Box 366 Nelsonville, Ohio 45764 on
  June 14th, 2022  at 6:00 p.m.
to answer to a complaint, a copy of which is attached. Failure to appear may result in issuance of a warrant for your arrest.

|  |  |
|---|---|
| THE STATE OF OHIO<br>City of Nelsonville<br>Vs | MAYORS COURT<br>Nelsonville, Athens County, Ohio<br>2022CRB00717 - 3<br>No. 22-000000204 |

Name: Ashley Klinedinst

Address: 537 Patton St

Nelsonville OH 45764

DOB: 6/12/1989    SSN: xxx-xx-8223

COMPLAINT BY INDIVIDUAL (Rule 4)

FILED
ATHENS COUNTY MUN. COURT
JUN 2 2 2022
CLERKS OFFICE
ATHENS COUNTY, OHIO

*********************************************

FORM I

Complainant being duly sworn states that    Ashley Klinedinst

at    537 Patton St    NELSONVILLE, Athens County, Ohio

on or about    June 6th, 2022    unlawfully:

No person shall recklessly cause inconvenience, annoyance, or alarm to another, by making unreasonable noise or offensive coarse utterance, gesture, or display, or communicating unwarranted and grossly abusive language to any person.

To Witt:
Ashley Klinedinst did knowingly cause inconvenience, annoyance and alarm to the surrounding neighborhood by making unreasonable and offensivly coarse utterance, gesture and display after being warned several times to stop.

Charge:    (Persistant)Disorderly Conduct; A Misdemeanor of the Fourth Degree
In Violation of Section    9.07.03 A (2)    of Nelsonville City Code.

Ofc. Ben Adams *Ofc. B_ M_*
Complainant

Sworn and subscribed before me by    Ofc. Ben Adams

On    June 7th, 2022    Ofc. Preston _____
Peace Officer Authorized to administer oaths pursuant to ORC §2935.081

You are hereby summoned to appear at
Nelsonville Mayor's Court, City Hall
211 Lake Hope Drive, PO Box 366
Nelsonville, Ohio 45764 on
    June 14th, 2022    at 6:00 p.m.
to answer to a complaint, a copy of which
is attached. Failure to appear may result
in issuance of a warrant for your arrest.

| | |
|---|---|
| THE STATE OF OHIO<br>City of Nelsonville<br>Vs | MAYORS COURT<br>Nelsonville, Athens County, Ohio<br>2022CRB00717-1<br>No. 22-000000204 |

Name: Ashley Klinedinst

Address: 537 Patton St

Nelsonville, Ohio 45764

DOB: 6/12/2022    SSN: xxx-xx-8223

COMPLAINT
BY INDIVIDUAL
(Rule 4)

FILED
ATHENS COUNTY MUN. COURT
JUN 2 2 2022
CLERKS OFFICE
ATHENS COUNTY, OHIO

*******************************************************

FORM I

Complainant being duly sworn states that   Ashley Klinedinst

at   537 Patton St   NELSONVILLE, Athens County, Ohio

on or about   June 6th, 2022   unlawfully:

No person, with purpose to hinder the discovery, apprehension, prosecution, conviction punishment of another for a crime shall communicate false information to any person.

To Witt:   Ashley Klinedinst did hinder the apprehension of her boyfriend Bobby Hunt by getting in the way of Officers attempting to arrest him.

Charge:   Obstructing Justice; A Misdemeanor of the First Degree
In Violation of Section   9.09.05 A (5)   of Nelsonville City Code.

Ofc Ben Adams  Ofc. B_ M___
Complainant

Sworn and subscribed before me by   Ofc. Ben Adams

On   June 7th, 2022   Ofc. Preston  _____
Peace Officer Authorized to
administer oaths pursuant to
ORC §2935.081

You are hereby summoned to appear at
Nelsonville Mayor's Court, City Hall
211 Lake Hope Drive, PO Box 366
Nelsonville, Ohio 45764 on
   June 14th, 2022   at 6:00 p.m.
to answer to a complaint, a copy of which
is attached. Failure to appear may result
in issuance of a warrant for your arrest.