EXHIBIT 4

## IN THE ATHENS MUNICIPAL COURT
## ATHENS COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | Case No. 22CRB00717 |
| Plaintiff, | : | JUDGE GRACE |
| -vs- | : | |
| ASHLEY KLINEDINST, | : | |
| Defendant. | : | |

### ENTRY OF DISMISSAL

On oral motion of the State, and for good cause shown, this matter is dismissed without prejudice due prosecutor's review of the evidence. Costs waived.

SO ORDERED.

_____
JUDGE GRACE


Approved:

*/s/ William L. Archer, Jr.*
William L. Archer, Jr. (#0039860)
City of Nelsonville Prosecutor