EXHIBIT 5

FILED
Athens Municipal Court
08/09/2022 10:22 AM
Tonya Dye
Clerk of Court

IN THE ATHENS MUNICIPAL COURT
ATHENS COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | Case No. 22CRB00678 |
| Plaintiff, | : | JUDGE GRACE |
| -vs- | : | |
| BOBBY HUNT, | : | |
| Defendant. | : | |

**ENTRY OF DISMISSAL**

On oral motion of the State, and for good cause shown, this matter is dismissed without prejudice due prosecutor's review of the evidence. Costs waived.

SO ORDERED.

_____
JUDGE GRACE


Approved:

*/s/ William L. Archer, Jr.*
William L. Archer, Jr. (#0039860)
City of Nelsonville Prosecutor