**EXHIBIT 6**

IN THE ATHENS COUNTY MUNICIPAL COURT

ATHENS COUNTY, OHIO

| | | |
|---|---|---|
| The STATE of OHIO/ CITY of NELSONVILLE, Plaintiff, | : : : | Case No. 2022 TRD 03043 |
| vs. | : : | Judge Todd L. Grace |
| BOBBY HUNT, JR, Defendant. | : : : | **JOURNAL ENTRY** |

Pursuant to Rule 48(A) of the Ohio Rules of Criminal Procedure, with leave of the Court, and for good cause shown, a Nolle Prosequi is hereby entered in this case for the charge(s) of <u>Driving Under Suspension</u> for the following reason:

☐ Due to plea negotiations and defendant's plea to companion case # __ and not due to lack of probable cause to arrest.

☒ Due to prosecutor's decision not to proceeded to trial, but not due to lack of probable cause to arrest.

☐ Due to Victim's request or victim's unwillingness to prosecute.

☐ _____

☐ Jeopardy has attached.

Court costs:
☐ Costs assessed on accompanying charge.
☒ State/City to pay court costs.
☐ Defendant to pay court costs.

_____                   _Patk Carroll_____
Date                                                              Judge Patrick Carroll, Visiting Assigned Judge

Approved:

_[signature]_____                   Email Aprv 7-8-2022_____
Attorney for Defendant                                Prosecutor
Jeremy A. Roth(#0086306)                        Nelsonville Solicitor – Bill Archer(#0039860)