# EXHIBIT 7



# AFTER VISIT SUMMARY

**Ashley K. Klinedinst** MRN: ▮

📅 6/6/2022 2:30 PM  📍 OhioHealth Urgent Care Nelsonville 740-753-1931

## What's Next
You currently have no upcoming appointments scheduled.

## Allergies
▮

## Covid-19 Update
Visit OhioHealth.com/CovidVaccine for updates on vaccine scheduling, appointment availability and answers to your questions. Visit OhioHealth.com/COVID-19 for information on testing, care changes, visitor policies and more.

## MyChart
Our records indicate that you have an active MyChart account.

OhioHealth MyChart allows you to send messages to your doctor, view your test results, renew your prescriptions, request appointments, and more. You can view your After Visit Summary by going to https://mychart.ohiohealth.com and logging in with your MyChart username and password.

If you have questions, you can e-mail mychartsupport@ohiohealth.com or call (614) 533-MyChart (6924) to talk to our MyChart staff. Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial **911**.

## Today's Visit
You saw J Coleman, CNP on Monday June 6, 2022. The following issues were addressed: ▮ pregnancy test, ▮ COVID-19 ▮



Blood Pressure: ▮  
BMI: ▮  
Weight: ▮  
Temperature: ▮  
Pulse: ▮  
Respiration: ▮  
Oxygen Saturation: ▮

### Done Today
COVID-19, Molecular ▮

▮ Pregnancy, ▮