# EXHIBIT 9



## Athens County Children Services

*Protecting Children, Strengthening Families, Securing Futures*

P.O. Box 1046, Athens, OH 45701 • T (740) 592-3061 • F (740) 593-3880 • athenschildrenservices.com

IN RE: ▬▬▬▬▬▬▬▬ Baby Girl Hunt
TO: Ashley Klinedinst • Bobby Hunt
537 Patton St.
Nelsonville, OH 45764

DATE: 6/10/22
TIME OF NOTICE
Verbal To Parents (YES) or NO
Written Notice Given YES or NO

### NOTICE OF REMOVAL
R.C. 2151.31

The above named child(ren) is being taken into custody by law enforcement officer or duly authorized officer of the court pursuant to R.C. 2151.31.

1. A hearing will be held on 6/7/22 at 11:00 a.m. in the Athens County Juvenile Court (second floor, Athens County Court House, Court Street, Athens, Ohio) to review the previously granted ex parte custody order and the request and action taken by Athens County Children Services or law enforcement officers in regard to the removal of the child(ren).

   If the date and time of the hearing are not specified above, you should contact the Athens County Juvenile Court at (740) 592-3256 from 8:00 a.m. -4:00p.m., Monday through Friday, to confirm the time and date of the hearing

2. YOU ARE ENTITLED TO A LAWYER IN ALL PROCEEDINGS IN JUVENILE COURT. THE COURT WILL APPOINT A LAWYER TO PROVIDE LEGAL REPRESNTATION IN THIS PROCEEDING IF YOU CANNOT AFFORD A LAWYER AND MEET CERTAIN REQUIRMENTS. IF YOU WISH TO HAVE A LAWYER REPRESENT, CONTACT THE ATHENS COUNTY JUVENILE COURT AT (740)592-3256, MONDAY THROUGH FRIDAY BETTWEEN THE HOURS OF 8:00A.M.- 4:00P.M.

3. The name, address, and telephone number of the person you may contact regarding this removal is:    Paige Graham
ACCS Representative
Athens County Children Services
PO BOX 1046
Athens, OH 45701
(740) 592-3061

Reason for removal: Dependency