# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| BOBBY HUNT, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-01758 |
| THE CITY OF NELSONVILLE, OHIO, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ohio Department of Public Safety.

Date: 04/08/2024

/s/ Bryan B. Lee
*Attorney's signature*

Bryan B. Lee (0090716)
*Printed name and bar number*

Ohio Attorney General's Office
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
*Address*

Bryan.Lee@OhioAGO.gov
*E-mail address*

(614) 466-2872
*Telephone number*

(614) 728-7592
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024 the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Bryan B. Lee*
BRYAN B. LEE (0090716)
Assistant Attorney General