IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BOBBY HUNT, et al. | : |
| | : |
|     Plaintiffs, | :   Case No. 2:23-CV-01758 |
| | : |
|     vs. | :   Judge Algenon L. Marbley |
| | : |
| THE CITY OF NELSONVILLE, OHIO, et al. | :   Magistrate Judge Jolson |
| | : |
| | : |
|     Defendants. | |

**JOINT STATUS REPORT**

Now come the parties jointly and provide the following status report. The parties have met and conferred regarding alternative means of discovering the relevant information, as outlined in the Court's recent order. (*See* ECF No. 27 at PageID: #245). The parties further explored alternative sources of the same information and have determined those alternative records do not serve the same purpose as the information requested from LEADS.

The parties have further conferred with counsel for ODPS, and several suggestions were made to ODPS, including that information about the dates and times Mr. Hunt was run could be provided/confirmed via letter or affidavit from an ODPS representative (as opposed to the production of an actual record). ODPS has rejected these alternatives. ODPS has suggested several alternative sources for obtaining the information. The parties agree that all ODPS's suggestions would be non-dispositive of the issue and/or do not contain the information sought from ODPS via the LEADS record itself. Accordingly, the parties seek further guidance from the Court.

The parties respectfully request a conference with the Court, with participation of counsel for ODPS, to discuss next steps. All counsel, including counsel for ODPS, are avalible any time on Thursday May 30, 2024, or Monday June 3, 2024.[1]

Respectfully submitted:

| | |
|---|---|
| */s/ Daniel H. Klos, via email authority* | */s/ Thomas N. Spyker* |
| Daniel H. Klos (0031294) | Patrick Kasson (0055570) |
| 4591 Indianola Avenue | Thomas N. Spyker  (0098075) |
| Columbus, OH 43215 | **REMINGER CO., LPA** |
| T: 614-261-9581 | F: 614-262-5732 | 200 Civic Center Drive, Suite 800 |
| klosdhesq@aol.com | Columbus, Ohio  43215 |
| | Tel: (614) 228-1311 | Fax: (614) 232-2410 |
| *Counsel for Plaintiff* | Email: pkasson@reminger.com |
| | tspyker@reminger.com |
| | |
| | *Counsel for Defendants* |

---

[1] Counsel for ODPS is unavailable 5/31 and 6/4/ Counsel for Plaintiff leaves for a pre-planned family vacation on 6/5.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing document was filed and served via this Court's CM/ECF electronic filing system this 29th day of May 2024, upon all parties and/or counsel of record.

                                                 */s/ Thomas Spyker*
                                                 Thomas Spyker (0098075)