**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:22-cv-1872 | 2:23-cv-3371 | 2:24-cv-0656 |
| 2:22-cv-3795 | 2:23-cv-3566 | 2:24-cv-1291 |
| 2:23-cv-0769 | 2:23-cv-3753 | 2:24-cv-1297 |
| 2:23-cv-1353 | 2:23-cv-3787 | 2:24-cv-1328 |
| 2:23-cv-1510 | 2:23-cv-3873 | 2:24-cv-1376 |
| 2:23-cv-1758 | 2:23-cv-3979 | 2:24-cv-1420 |
| 2:23-cv-1925 | 2:23-cv-3989 | |
| 2:23-cv-2237 | 2:23-cv-4072 | |
| 2:23-cv-2402 | 2:23-cv-4102 | |
| 2:23-cv-2543 | 2:23-cv-4108 | |
| 2:23-cv-2916 | 2:23-cv-4119 | |
| 2:23-cv-2952 | 2:23-cv-4187 | |
| 2:23-cv-2983 | 2:24-cv-0144 | |
| 2:23-cv-3224 | 2:24-cv-0445 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **September 2024**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on August 1, 2024** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio