**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Bobby Hunt et. al,

        Plaintiffs,

    v.

The City of Nelsonville, Ohio et. al,

        Defendants.

        Case No. 23-CV-01758

        Magistrate Judge:
        Kimberly A. Jolson

<u>**NOTICE OF SETTLEMENT**</u>

    Now come the parties, jointly, to inform the Court that they have reached a tentative settlement agreement subject to finalizing certain documents and approval by City Council during an open session.  The parties respectfully request the Court toll pending deadlines for thirty (30) days as the parties work to finalize terms and obtain approvals.

<u>/s/Daniel H. Klos</u> (per email authority)
Daniel H. Klos (0031294)
1911 Country Place
Lancaster, Ohio 43130
Tel: 614-261-9581 | Fax: 614-262-5732
KlosdhEsq@aol.com

*Counsel for Plaintiffs*

<u>/s/ Thomas N. Spyker</u>
Patrick Kasson (0055570)
Thomas N. Spyker  (0098075)
**REMINGER CO., LPA**
200 Civic Center Drive, Suite 800
Columbus, Ohio  43215
Tel: (614) 228-1311 | Fax: (614) 232-2410
Email: pkasson@reminger.com
       tspyker@reminger.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was filed and served via this Court's CM/ECF electronic filing system this 5th day of December 2024, upon all parties and/or counsel of record.

Daniel H. Klos, Esq.
1911 Country Place
Lancaster, Ohio 43130
Tel: 614-261-9581 | Fax: 614-262-5732
KlosdhEsq@aol.com

*Counsel for Plaintiffs*

/s/ Thomas Spyker
Thomas Spyker (0098075)