IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BOBBY HUNT,** *et al.* | : | Case No. 23-CV-01758 |
| | : | |
| **Plaintiffs,** | : | Magistrate Judge |
| | : | Kimberly A. Jolson |
| vs. | : | |
| | : | |
| **THE CITY OF NELSONVILLE, OHIO,** *et al.* | : | |
| | : | |
| | : | |
| **Defendants.** | | |

## SETTLEMENT STATUS REPORT

Now come the parties to the above captioned matter pursuant to Court Order and report to the Court that it is fully anticipated that the parties will settle this matter by providing all signatures to the existing settlement agreement at the next regularly scheduled City Council meeting of the City of Nelsonville currently set for January 13, 2025. As soon as the signed settlement agreement and agreed-upon amounts are provided to counsel for the plaintiffs, plaintiffs' counsel will file the dismissal entry was prejudice on behalf of the plaintiffs. It is anticipated that the agreed-upon amounts will be sent to plaintiffs' counsel the day after the City Council meeting on January 13, 2025, and that all matters, including the dismissal, will be completed on or before January 31, 2025.

*/s/Daniel H. Klos*
Daniel H. Klos (0031294)
1911 Country Place
Lancaster, Ohio 43130
Tel: 614-261-9581 | Fax: 614-262-5732
KlosdhEsq@aol.com
*Counsel for Plaintiffs*

*/s/ Thomas N. Spyker* (per email authority)
Patrick Kasson (0055570)
Thomas N. Spyker (0098075)
**REMINGER CO., LPA**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
Tel: (614) 228-1311 | Fax: (614) 232-2410
Email: pkasson@reminger.com
tspyker@reminger.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via this Court's CM/ECF electronic filing system this 6th day of January 2025 upon all parties and/or counsel of record.

*s/Daniel H. Klos*

Daniel H. Klos (0031294)
1911 Country Place
Lancaster, Ohio 43130
Tel: 614-261-9581 | Fax: 614-262-5732
KlosdhEsq@aol.com
*Counsel for Plaintiffs*