IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BOBBY HUNT,** *et al.* | : | Case No. 23-CV-01758 |
| | : | |
| **Plaintiffs,** | : | Magistrate Judge |
| | : | Kimberly A. Jolson |
| vs. | : | |
| | : | |
| **THE CITY OF NELSONVILLE, OHIO,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## SETTLEMENT STATUS REPORT

Now come the parties to the above captioned matter pursuant to Court Order and report to the Court that all matters regarding the payment of compensation to the plaintiffs have been resolved and, with confirmation of clearance of the checks issued this matter, a stipulated dismissal with prejudice will be filed. It is anticipated that of confirmation of clearance will occur within the next 10 days and immediately thereafter the filing of the stipulation of dismissal.

*/s/Daniel H. Klos*
Daniel H. Klos (0031294)
1911 Country Place
Lancaster, Ohio 43130
Tel: 614-261-9581 | Fax: 614-262-5732
KlosdhEsq@aol.com
*Counsel for Plaintiffs*

*/s/ Thomas N. Spyker* (per email authority)
Patrick Kasson (0055570)
Thomas N. Spyker (0098075)
**REMINGE RCO., LPA**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
Tel: (614) 228-1311 | Fax: (614) 232-2410
Email: pkasson@reminger.com
tspyker@reminger.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via this Court's CM/ECF electronic filing system this 5th day of February 2025 upon all parties and/or counsel of record.

*s/Daniel H. Klos*

Daniel H. Klos (0031294)
1911 Country Place
Lancaster, Ohio 43130
Tel: 614-261-9581 | Fax: 614-262-5732
KlosdhEsq@aol.com
*Counsel for Plaintiffs*