IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BOBBY HUNT,** *et al.* | Case No. 23-CV-01758 |
| Plaintiffs, | Magistrate Judge Kimberly A. Jolson |
| vs. | |
| **THE CITY OF NELSONVILLE, OHIO,** *et al.* | |
| Defendants. | |

### STIPULATION OF DISMISSAL

Now come the Parties to the above captioned matter and stipulate pursuant to the Federal Rules of Civil Procedure 41(a)(A)(ii) that the Plaintiffs hereby dismiss the above captioned complaint with prejudice, each party to pay their own costs. There are no outstanding motions or other matters to be resolved by the Court.

| | |
|---|---|
| */s/Daniel H. Klos* | */s/ Thomas N. Spyker* (per email authority) |
| Daniel H. Klos (0031294) | Patrick Kasson (0055570) |
| 1911 Country Place | Thomas N. Spyker (0098075) |
| Lancaster, Ohio 43130 | **REMINGER CO., LPA** |
| Tel: 614-261-9581 \| Fax: 614-262-5732 | 200 Civic Center Drive, Suite 800 |
| KlosdhEsq@aol.com | Columbus, Ohio 43215 |
| *Counsel for Plaintiffs* | Tel: (614) 228-1311 \| Fax: (614) 232-2410 |
| | Email: pkasson@reminger.com |
| | tspyker@reminger.com |
| | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via this Court's CM/ECF electronic filing system this 21st day of February 2025 upon all parties and/or counsel of record.

/s/ Daniel H. Klos

Daniel H. Klos (0031294)
1911 Country Place
Lancaster, Ohio 43130
Tel: 614-261-9581 | Fax: 614-262-5732
KlosdhEsq@aol.com
*Counsel for Plaintiffs*